**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-6486**

---

LARRY JAMES TYLER,

       Plaintiff - Appellant,

     v.

RICHARD JONES,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Mary G. Lewis, District Judge. (4:17-cv-00404-MGL)

---

Submitted: August 17, 2017                 Decided: August 22, 2017

---

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry James Tyler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tyler v. Jones*, No. 4:17-cv-00404-MGL (D.S.C. Mar. 30, 2017). We deny Tyler's request for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*